FRANK NAPPA, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Nappa* v. *Erie R. R. Co.*, 162 App. Div. 922, affirmed.
(Argued January 28, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint alleged that plaintiff while in the employ of the defendant as a freight handler at the city of Buffalo was unloading a car placed by the side of and about three feet from defendant's freight house in which work a skid furnished by the defendant to connect the car with the platform of the freight house was provided; that defendant's superintendent neglected to order said skid safely secured, negligently directed plaintiff to assist in unloading freight without providing a safe and proper place for him to work, and that while engaged pursuant to the directions of the superintendent of the defendant as aforesaid and in ignorance that the skid was improperly secured and unsafe, it fell by and through the negligence of the defendant and its superintendent as aforesaid, throwing plaintiff to the ground and precipitating a heavy barrel of freight upon him, causing the injuries complained of.

*Adelbert Moot, John W. Ryan* and *Helen Z. M. Rodgers* for appellant.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs, on opinion of KRUSE, J. (155 App. Div. 9).

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACH, HOGAN, CARDOZO and POUND, JJ. Dissenting: HISCOCK, J.